CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 31 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 7:99cr30085-1 |
| ) | |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| RALPH AMES. ) | By: Samuel G. Wilson |
| ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Ames' 28 U.S.C. § 2255 motion (Docket No. 41) is **DISMISSED without prejudice** as successive; and this case is hereby **STRICKEN** from the active docket of the court.

Further, finding that Ames has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This ___ day of October, 2011.

_____
United States District Judge